65,167-18

May 13, 2015

Michael Davis #933173
Allred Unit
2101 FM 369 North
Iowa Park, TX 76367-6568

Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

**RE: REQUEST FOR CAUSE NUMBER**

Dear Mr. Acosta:

Please send me the cause number for my Application For Writ Of Mandamus styled <u>Michael Davis v. Honorable Marc Carter</u> which was mailed to your office on May 8, 2015. Thank you.

Respectfully,

Michael Davis

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 18 2015
Abel Acosta, Clerk